WASMAN ET AL. *v.* DYE ET AL.

[No. 10,007. Filed March 10, 1920.]

APPEAL.—*Appellee's Brief.—Failure to File.—Confession of Error.*—Failure by appellee to file any brief may be considered a confession of error, and will fully justify a reversal where appellant presents *prima facie* error.

From Kosciusko Circuit Court; *Francis E. Bowser,* Judge.

Action by August Wasman and others for relief from a judgment by default in favor of Herbert A. Dye and others. From a judgment denying relief, applicants appeal. *Reversed.*

*D. F. Brooks,* for appellants.

REMY, P. J.—This is an appeal from a judgment de-

nying appellants' application for relief from judgment taken against them by default. Appellants have filed a brief in this court showing *prima facie* error. No brief has been filed by appellees. Such failure may be considered a confession of error, and will justify a reversal. *Miller* v. *Julian* (1904), 163 Ind. 582, 72 N. E. 588; *Pope* v. *State, ex rel.* (1920), 72 Ind. App. 400, 125 N. E. 908. On the authority of these cases, the judgment is reversed, with instructions to set aside the order and judgment of the trial court denying appellants relief from the judgment taken against them by default, and that appellants be granted a new trial.